COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     David Franke, Bruce Nickel, Mike Schankenburg, Kent Schankenburg
and Rick Zimmer v. Guidewave Consulting, L.L.C., Johan Bollen,
Individually & Rocky V. Emery, individually

Appellate case number:   01-18-00890-CV

Trial court case number:  2017-83163

Trial court:             127th District Court of Harris County

This is an accelerated appeal from an order granting a special appearance. Accelerated appeals have accelerated deadlines for the filing of the record, *see* TEX. R. APP. P. 35.1(b), and for the filing of briefs. *See* TEX. R. APP. P. 38.6(a).

Appellants' brief was originally due on November 13, 2018. This Court granted appellants a 60-day extension until January 14, 2019, noting that no further extensions would be granted. On January 14, appellants filed another motion requesting a 30-day extension.

The motion is **DENIED**. The appeal will be dismissed for want of prosecution unless appellants file their brief **on or before February 13, 2019**.

It is so ORDERED.


Judge's signature: ____/s/ Justice Richard Hightower_____
                   ☑ Acting individually    ☐ Acting for the Court


Date: ____January 29, 2019_____